1  JERRY S. BUSBY
   Nevada Bar #001107
2  POOJA KUMAR
   Nevada Bae #012988
3  COOPER LEVENSON, P.A.
   3016 West Charleston Boulevard - #195
4  Las Vegas, Nevada 89102
   (702) 366-1125
5  FAX: (702) 366-1857
   jbusby@cooperlevenson.com
6  pkumar@cooperlevenson.com
   Attorneys for Defendant
7  SMITH'S FOOD & DRUG CENTERS, INC.

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

| | |
|---|---|
| NANCY NELSON, individually, | Case No. 2:23-cv-01434-CDS-DJA |
| Plaintiff, | |
| vs. | |
| SMITH'S FOOD & DRUG CENTERS, INC. d/b/a SMITH'S FOOD & DRUG #399; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRE-TRIAL ORDER** <br><br> **[FIRST REQUEST]** |
| Defendants. | |

**WHEREAS** Plaintiff NANCY NELSON (hereinafter "Plaintiff") and Defendant SMITH'S FOOD & DRUG CENTERS, INC. (hereinafter "SMITH'S"), by and through their respective counsel of record as undersigned, are presently scheduled to mediate this case with a private mediator on April 14, 2025;

**WHEREAS** the Parties are preparing for said mediation at this time;

**WHEREAS** the present deadline for the Parties to file the Joint Pre-Trial Order is set for May 5, 2025 (*see* ECF No. 23); and

**WHEREAS** the Parties have agreed to a brief extension to file the Joint Pre-Trial Order in order for the Parties to place their efforts toward resolution prior to preparing for trial:

/ / /

/ / /

/ / /

/ / /

NG-C2N3CBX6 4916-1489-5403.1

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and SMITH'S, through their respective counsel of record, that the date for filing the Joint Pre-Trial Order pursuant to Local Rules 16-3(b) and 26-3, shall be extended by thirty (30) days, or until June 4, 2025, in order to allow the Parties to mediate this case and attempt resolution.

**IT IS SO STIPULATED.**

DATED this 20th day of March, 2025.            DATED this 20th day of March, 2025.

| **NAQVI INJURY LAW** | **COOPER LEVENSON, P.A.** |
|---|---|
| */s/ Paul G. Albright* | */s/ Pooja Kumar* |
| FARHAN R. NAQVI, ESQ.<br>Nevada Bar No. 008589<br>PAUL G. ALBRIGHT, ESQ.<br>Nevada Bar No. 014159<br>9500 West Flamingo Road, Suite 104<br>Las Vegas, Nevada 89147<br>(702) 553-1000<br>Attorneys for Plaintiff<br>NANCY NELSON | JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>POOJA KUMAR, ESQ.<br>Nevada Bar No. 012988<br>3016 West Charleston Boulevard, Suite 195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATE: 3/21/2025

4916-1489-5403, v. 1