JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
 (702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NANCY NELSON,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. d/b/a SMITH'S FOOD & DRUG #399,<br><br>　　　　　Defendant | Case No. 2:23-cv-01434-CDS-DJA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　　WHEREAS, all Parties and their counsel have agreed upon a full and settlement of the above-captioned matter:

　　　　**IT IS HEREBY STIPULATED AND AGREED** by and between Jerry S. Busby, Esq. and Pooja Kumar, Esq. of the law firm COOPER LEVENSON, P.A. as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC. and Farhan R. Naqvi, Esq. and Paul G. Albright, Esq. of NAQVI INJURY LAW as counsel of record for Plaintiff NANCY NELSON as follows:

　　　　1.　　That the claims herein of Plaintiff NANCY NELSON against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

//

//

NG-C2N3CBX6 4922-6045-8556.1

2. That there is no trial date set for this case yet inasmuch as the Parties have not reached the point in this litigation to submit proposed dates for same.

**IT IS SO STIPULATED.**

DATED this 2nd_day of June, 2025.

**NAQVI INJURY LAW**

/s/ Paul G. Albright
_____
FARHAN R. NAQVI, ESQ. Nevada Bar No. 08589
PAUL G. ALBRIGHT, ESQ.
Nevada Bar No. 14159
9500 West Flamingo Road, Suite 104
Las Vegas, Nevada 89147
(702) 553-1000
Attorneys for Plaintiff
Nancy Nelson

DATED this 2nd day of June, 2025.

**COOPER LEVENSON, P.A.**

/s/ Jerry S. Busby
_____
JERRY S. BUSBY, ESQ.
Nevada Bar No. 01107
POOJA KUMAR
Nevada Bar No. 12988
3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89102
(702) 366-1125
Attorneys for Defendant
Smith's Food & Drug Centers, Inc.

**ORDER**

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED: __June 3, 2025__